**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Derek. S. Sachs, SBN: 253990
   E-Mail: Derek.Sachs@lewisbrisbois.com
Laura Jean Anson, SBN: 245052
   E-Mail: Laura.Anson@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant Behavior Support Solutions, Inc.

**LAW OFFICE OF SETH E. TILLMON**
Seth E. Tillmon, Esq., SBN 246240
   E-mail: Seth@Tillmonlaw.com
10008 National Blvd., #115
Los Angeles, CA 90034
Telephone: (310) 559-1604

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SAMANTHA LA MARCA, <br><br> Plaintiff, <br><br> vs. <br><br> BEHAVIOR SUPPORT SOLUTIONS, INC., <br><br> Defendant. | CASE NO. 5:18-cv-04066-NC <br><br> The Hon. Hon. Nathanael M. Cousins <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** <br><br> **[PROPOSED] ORDER** <br><br> Filing Date:   May 29, 2018 <br> Trial Date:    June 24, 2019 |

### STIPULATION OF DISMISSAL

Plaintiff Samantha La Marca and Defendant Behavior Support Solutions, Inc., respectfully stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action without prejudice with each party bearing its own costs and neither party being declared a prevailing party

1 | for any purpose.

2

3

4 | DATED: March 25, 2019     **LEWIS BRISBOIS BISGAARD & SMITH LLP**

5

6

7 | By: _____/s/ Derek Sachs_____
    Derek S. Sachs
8 | Attorneys for Defendant Behavior Support
    Solutions, Inc.

9

10

11

12 | DATED: March 25, 2019     **LAW OFFICE OF SETH E. TILLMON**

13

14

15

16 | By: _____/s/ Seth Tillmon_____
     Seth E. Tillmon
17 | Attorneys for Plantiff Samantha La Marca

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS

## ORDER

Plaintiff Samantha La Marca and Defendant Behavior Support Solutions, Inc. filed a stipulation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action without prejudice with each party bearing its own costs and neither party being declared a prevailing party for any purpose.

The stipulation is hereby approved and this case is dismissed without prejudice with each party bearing its own costs and neither party being declared a prevailing party for any purpose.

DATED: _____

_____
HONORABLE NATHANAEL COUSINS,
MAGISTRATE JUDGE