**LEWIS BRISBOIS BISGAARD & SMITH** LLP
Derek. S. Sachs, SBN: 253990
   E-Mail: Derek.Sachs@lewisbrisbois.com
Laura Jean Anson, SBN: 245052
   E-Mail: Laura.Anson@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant Behavior Support Solutions, Inc.

**LAW OFFICE OF SETH E. TILLMON**
Seth E. Tillmon, Esq., SBN 246240
   E-mail: Seth@Tillmonlaw.com
10008 National Blvd., #115
Los Angeles, CA 90034
Telephone: (310) 559-1604

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SAMANTHA LA MARCA,<br><br>            Plaintiff,<br><br>vs.<br><br>BEHAVIOR SUPPORT SOLUTIONS, INC.,<br><br>            Defendant. | CASE NO. 5:18-cv-04066-NC<br><br>The Hon. Hon. Nathanael M. Cousins<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>[~~PROPOSED~~] **ORDER**<br><br><br>Filing Date:   May 29, 2018<br>Trial Date:     June 24, 2019 |

## STIPULATION OF DISMISSAL

Plaintiff Samantha La Marca and Defendant Behavior Support Solutions, Inc., respectfully stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action without prejudice with each party bearing its own costs and neither party being declared a prevailing party

for any purpose.

DATED: March 25, 2019          **LEWIS BRISBOIS BISGAARD & SMITH LLP**


By:      */s/ Derek Sachs*
         Derek S. Sachs
         Attorneys for Defendant Behavior Support
         Solutions, Inc.


DATED: March 25, 2019          **LAW OFFICE OF SETH E. TILLMON**


By:      */s/ Seth Tillmon*
         Seth E. Tillmon
         Attorneys for Plantiff Samantha La Marca

## ORDER

Plaintiff Samantha La Marca and Defendant Behavior Support Solutions, Inc. filed a stipulation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action without prejudice with each party bearing its own costs and neither party being declared a prevailing party for any purpose.

The stipulation is hereby approved and this case is dismissed without prejudice with each party bearing its own costs and neither party being declared a prevailing party for any purpose.

DATED: March 26, 2019

HONORABLE NATHANAEL M. COUSINS,

